Mr. Justice Barnes delivered the opinion of the court.

---

**E. E. Tolman, appellee, v. Henry M. Elhman, appellant. Gen. No. 27,386.**

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed June 27, 1922.

Becker & Horwich, for appellant. Kraft, Kraft & Erskine, for appellee.

Mr. Justice Barnes delivered the opinion of the court.